TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00665-CR

Stephen Robert VanBuren, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF HARRIS COUNTY, 230TH JUDICIAL DISTRICT

NO. 810463, HONORABLE BELINDA HILL, JUDGE PRESIDING

PER CURIAM

Appellant filed a motion for new trial on the same day he filed his notice of appeal. 
The motion for new trial was granted. Appellant's motion to dismiss the appeal as moot is
granted.

The appeal is dismissed.

Before Justices Jones, Kidd and Patterson

Dismissed

Filed: November 30, 1999

Do Not Publish